**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Alfred John Sufka,

      Plaintiff,                      Civil No. 08-338 (RHK/SRN)

vs.                                **DISQUALIFICATION AND**
                                     **ORDER FOR REASSIGNMENT**

State of Minnesota, Department of
Corrections, Health Services,

      Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: February 8, 2008

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge